1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

4              **United States Bankruptcy Court**
               **Central District of California**
5

6                                    ) Chapter 13
                                     )
7  MARISSA V BUENO                   ) Case No.: 8:06-bk-10685-RA
                                     )
8                                    ) **NOTICE OF UNCLAIMED DIVIDEND**
                                     ) (Bankruptcy Rule 3011)
9                                    )
                                     )
10                                   )
                                     )
11 ─────────────────────────────────

12      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13      Please find annexed hereto Check No. **300790** in the sum of **$0.02**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17      MARISSA V BUENO
        175 COZUMEL CT.
18      LAGUNA BEACH, CA 92651

19 Date: August 7, 2010                    _____
20                                         Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0610685 | MARISSA V BUENO ACCT: | Claim: 00000 | XXX-XX-5901 | 0.02 | 0.00 | 0.02 |
| | | TOTALS | | 0.02 | 0.00 | 0.02 |

MARISSA V BUENO

BALANCE:          [0.00  13/00000]
SSN: XXX-XX-5901    SSN:
ACCT:                         CASE: 0610685
PRINCIPAL:     0.02    INTEREST:     0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0300790

Jul 23, 2010

VOID 90 DAYS FROM DATE

*********$0.02

**PAY**   Zero And 02 / 100 Dollars

**TO THE ORDER OF**   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑆0300790⑆ ⑉061100790⑉000000575186 2⑈